**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : MDL Docket No. 4:03CV1507-WRW | |
| | :  4:04CV01202 | |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| | : | |
| **JUDITH DEAN** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH, et al.** | : | **DEFENDANTS** |

**JUDGMENT**

Based on an Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 9th day of April, 2008.


　　　　　　　　　　　　　　　　　　　　　/s/ Wm. R. Wilson, Jr.　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1